# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number:  07-cr-00266-MSK-01 |
| | USM Number:  08527-031 |
| MICHAEL E. TRIMBLE | Virginia Grady, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Submit Written Reports | 06/30/2007 |
| 2 | Failure to Notify the Probation Officer of a Change in Residence | 05/31/2007 |

The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 8, 2009
_____
Date of Imposition of Judgment


_/s/ Marcia S. Krieger_____
Signature of Judge


Marcia S. Krieger, U.S. District Judge
_____
Name & Title of Judge


June 16, 2009
_____
Date

DEFENDANT:  MICHAEL E. TRIMBLE
CASE NUMBER:  07-cr-00266-MSK-01                                    Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Mental Health Treatment as Directed by the Probation Officer | 05/30/2007 |
| 4 | Failure to Abstain from the Use of Alcohol During the Course of Treatment | 07/31/2007 |
| 5 | Violation of the Law: 2nd Degree Burglary of a Dwelling | 02/19/2007 |
| 6 | Violation of the Law: Robbery | 04/30/2007 |
| 7 | Violation of the Law: 2nd Degree Kidnapping and Attempt to Committ Sexual Assault | 05/27/2007 |

DEFENDANT:  MICHAEL E. TRIMBLE
CASE NUMBER:  07-cr-00266-MSK-01                                  Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months consecutive to the state court sentences the defendant is serving.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  MICHAEL E. TRIMBLE
CASE NUMBER:  07-cr-00266-MSK-01                                      Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| | $0.00 | $0.00 | $46,233.93 |
| TOTALS | $0.00 | $0.00 | $46,233.93 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Aviation Associates Credit Union | $31,887.00 | $31,887.00 | |
| Boeing Wichita Credit Union | $11,820.00 | $11,820.00 | |
| Larry D. Tipping | $235.37 | $235.37 | |
| Farm Bureau Mutual Insurance Company | $1,691.56 | $1,691.56 | |
| Don Schmidt Dodge | $600.00 | $600.00 | |
| TOTALS | $46,233.93 | $46,233.93 | |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  MICHAEL E. TRIMBLE
CASE NUMBER:  07-cr-00266-MSK-01                                        Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant shall pay the balance of the restitution outstanding.

The restitution obligation shall be joint and several with similar obligations to pay restitution imposed on Jonathan Uriah Gibson, Case Number 97-cr-10151-001 (D/KS); and Lonny Tyrone Gray, Case Number 97-cr-10151-003 (D/KS).

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) restitution.